# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0621
Lower Tribunal No. 20-CC-004302

_____

CLIVE RUNNELS WELLMAN and the ESTATE OF MARGARET ANN WELLMAN,

Appellants,

v.

EMPIRE MITIGATION RESTORATION AND CONSULTING SERVICES, LLC,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Zachary M. Gill and Lindsay S. Garza, Judges.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.


Clive Runnells Wellman, and the Estate of Margaret Ann Wellman, Lehigh Acres, pro se.

Robert A. Hingston, of Welbaum Guernsey Hingston & Black, LLP, Pinecrest, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED